Keely E. Duke
ISB #6044; ked@dukescanlan.com
Aubrey D. Lyon
ISB #8380; adl@dukescanlan.com
DUKE SCANLAN & HALL, PLLC
1087 W. River Street, Suite 300
P.O. Box 7387
Boise, Idaho 83707
Telephone (208) 342-3310
Facsimile (208) 342-3299

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| LUIS A. PONS,<br><br>    Plaintiff,<br><br>vs.<br><br>STANLEY BLACK & DECKER, INC., a Connecticut corporation; BLACK & DECKER (U.S.) Inc., a Maryland corporation, doing business as PORTER-CABLE; and LOWE'S HOME CENTERS, LLC, a North Carolina corporation,<br><br>    Defendants. | Case No. 1:20-CV-00245<br><br>**DECLARATION OF KEELY E. DUKE IN SUPPORT OF DEFENDANTS' NOTICE OF REMOVAL AND REMOVAL ACTION UNDER 28 U.S.C. § 1441(b) (DIVERSITY)** |

I, Keely E. Duke, declare pursuant to 28 U.S.C. § 1746 as follows:

    1.    I am an attorney admitted to practice before all courts of the State of Idaho, I am admitted to practice before this Court, and I am an attorney with the law firm of Duke Scanlan & Hall, PLLC, attorneys for Defendants Stanley Black & Decker, Inc., Black & Decker (U.S.) Inc., and Lowe's Home Centers, LLC. I make this Declaration based on my personal knowledge, in support of Defendants' removal of the case styled *Luis A. Pons vs. Stanley Black & Decker, Inc.,*

*et al.*, filed in the District Court of the Seventh Judicial District of the State of Idaho, in and for the County of Bonneville, Case No. CV10-20-1507 ("State Court Case"), to this Court. I would and could competently testify to the matters stated in this Declaration if called as a witness.

2. A true and accurate copy of the Complaint filed in the State Court Case is attached as **Exhibit A**.

3. Pursuant to Dist. Idaho Loc. Civ. R. 5.2(d) and 81.1, true and accurate copies of the following documents from the State Court Case are attached hereto as **Exhibit B**: iCourt docket history (dated May 21, 2020); Summons to Stanley Black & Decker, Inc.; Summons to Black & Decker (U.S.) Inc.; Summons to Lowe's Home Centers, LLC; Declaration of Service for Black & Decker (U.S.) Inc.; Declaration of Service for Lowe's Home Centers, LLC; Stanley Black & Decker, Inc. and Black & Decker (U.S.) Inc.'s Answer; Notice of Service (dated March 31, 2020); Notice of Service (dated May 8, 2020); Notice of Service (dated May 15, 2020); Lowe's Home Center, LLC's Answer; and a Notice of Hearing (dated May 18, 2020).

4. Lowe's Home Centers, LLC is a North Carolina limited liability company.

5. Lowe's Home Centers, LLC is a manager-managed limited liability company with its only member being Lowe's Companies, Inc. Lowe's Companies, Inc. is a North Carolina corporation, incorporated in North Carolina with its principal place of business in the State of North Carolina. That is where its nerve center is, that is, where the corporation's high-level officers direct, control, and coordinate its activities.

6. Stanley Black & Decker, Inc. is a Connecticut corporation. Stanley Black & Decker, Inc.'s principal place of business is in New Britain, Connecticut. That is where its nerve center is, that is, where the corporation's high-level officers direct, control, and coordinate its activities.

**DECLARATION OF KEELY E. DUKE IN SUPPORT OF DEFENDANTS' NOTICE OF REMOVAL AND REMOVAL ACTION UNDER 28 U.S.C. § 1441(b) (DIVERSITY) - 2**

7.  Black & Decker (U.S.) Inc. is a Maryland corporation. Black & Decker (U.S.) Inc.'s principal place of business is in Towson, Maryland. That is where its nerve center is, that is, where the corporation's high-level officers direct, control, and coordinate its activities.

8.  A true and correct copy of Defendants Stanley Black & Decker, Inc. and Black & Decker (U.S.) Inc.'s First Set of Interrogatories, Requests for Production of Documents, and Requests for Admission to Plaintiff is attached hereto as **Exhibit C**.

9.  A true and correct copy of Plaintiff's Answer to Defendants Stanley Black & Decker, Inc. and Black & Decker (U.S.) Inc.'s First Set of Requests for Admission to Plaintiff is attached hereto as **Exhibit D**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this 21st day of May, 2020.

/s/ Keely E. Duke
Keely E. Duke

**DECLARATION OF KEELY E. DUKE IN SUPPORT OF DEFENDANTS' NOTICE OF REMOVAL AND REMOVAL ACTION UNDER 28 U.S.C. § 1441(b) (DIVERSITY) - 3**

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on the 21st day of May, 2020, I electronically filed the foregoing with the U.S. District Court. Notice will automatically be electronically mailed or served via email to the following individuals who are registered with the U.S. District Court CM/ECF System:

| | |
|---|---|
| Allen H. Browning | ☐ U.S. Mail, Postage Prepaid |
| Steve Carpenter | ☐ Hand Delivered |
| David L. Brown | ☐ Facsimile (208) 542-2711 |
| BROWING LAW | ☒ iCourt/Email |
| 1615 Grandview Drive | pi.browning.law@gmail.com; |
| Idaho Falls, ID 83402 | filings.allen.browning.law@gmail.com |
| *Attorneys for Plaintiff* | |

            /s/ Keely E. Duke
            Keely E. Duke
            Aubrey D. Lyon

**DECLARATION OF KEELY E. DUKE IN SUPPORT OF DEFENDANTS' NOTICE OF REMOVAL AND REMOVAL ACTION UNDER 28 U.S.C. § 1441(b) (DIVERSITY) - 4**