# EXHIBIT A

Pickett, Bruce L.

Electronically Filed
3/5/2020 1:45 PM
Seventh Judicial District, Bonneville County
Penny Manning, Clerk of the Court
By: Angelica Linares, Deputy Clerk

**Allen H. Browning, ISB #3007**
Steve Carpenter, ISB #9132
David L. Brown, ISB #7430
BROWNING LAW
1615 Grandview Drive
Idaho Falls, ID 83402
Telephone: (208) 542-2700
Facsimile: (208) 542-2711
Email: pi.browning.law@gmail.com
E-filing email: filings.allen.browning.law@gmail.com

*Attorney for Plaintiff*

## IN THE DISTRICT COURT OF THE SEVENTH JUDICIAL DISTRICT OF THE STATE OF IDAHO, IN AND FOR THE COUNTY OF BONNEVILLE

| | |
|---|---|
| LUIS A. PONS,<br><br>Plaintiff,<br><br>vs.<br><br>STANLEY BLACK & DECKER, INC., a Connecticut corporation; BLACK & DECKER (U.S.) INC., a Maryland corporation, doing business as PORTER-CABLE; and LOWE'S HOME CENTERS, LLC, a North Carolina corporation;<br><br>Defendants. | Case No.: CV10-20-1507<br><br>**VERIFIED COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL** |

**COMES NOW** the above-named Plaintiff, LUIS A. PONS, by and through his attorney, Allen H. Browning of Browning Law, and complains and alleges against the Defendants as follows:

1. At all times relevant hereto, Plaintiff was a resident of the City of Idaho Falls, County of Bonneville, State of Idaho.

2. At all times relevant hereto Defendant STANLEY BLACK & DECKER, INC. (hereinafter "Stanley Black & Decker"), a Connecticut corporation, was a foreign business corporation licensed to do business in Idaho.

3. At all times relevant hereto Defendant BLACK & DECKER (U.S.) INC. (hereinafter "Black & Decker"), a Maryland corporation, doing business as PORTER-CABLE, was a foreign business corporation licensed to do business in Idaho.

4. At all times relevant hereto Defendant LOWE'S HOME CENTERS, LLC, (hereinafter "Lowe's"), a North Carolina corporation, was a foreign business corporation licensed to do business in Idaho, and operating a retail store in Idaho Falls, Idaho.

5. The Defendants Stanley Black & Decker and Black & Decker manufactured a 7.5 Amp Small Angle Grinder, product number PC750AG, and sold it to Lowe's retail store in Idaho Falls, Idaho. This particular Grinder was defective, in that it powered on when plugged in, without the operator needing to turn the power on.

6. On April 22, 2018, Plaintiff LUIS A. PONS, bought the aforementioned Grinder, from Lowe's retail store in Idaho Falls, ID.

7. On July 1, 2018 at around 2:00 p.m., Plaintiff was at his residence at 1668 Kearney Street in Idaho Falls, Idaho. After plugging the equipment into the outlet, the Grinder powered itself on immediately and sliced through Plaintiff's left arm.

8. As a direct and proximate result of the unanticipated powering on of the Grinder, the Plaintiff was caused to suffer serious, painful, debilitating and permanent injuries. These injuries include, but are not limited to severe lacerations to his left arm, bruising, numbness and tingling in his left arm, and stitches. Plaintiff has incurred medical bills in the amount no less than $8,566.12.

### COUNT I - NEGLIGENCE

9. Plaintiff incorporates paragraphs 1-8 above as though fully set forth herein.

10. The Defendants and their employees had a duty of ordinary care to the Plaintiff.

11. Defendants and their employees breached their duty of care toward Plaintiff.

12. As a direct and proximate result of the aforementioned breach of this duty of care and negligence, Plaintiff suffered serious permanent injuries, medical bills and lost earning capacity, in an amount to be proven at trial. Past medical bills at this date are no less than $8,566.12.

13. As a direct and proximate result of the aforementioned negligence, Plaintiff has been required to retain the services of BROWNING LAW and is entitled to reasonable attorney's fees and costs herein.

## COUNT II - BREACH OF WARRANTY OF FITNESS

14. Plaintiff incorporates paragraphs 1-13 above as though fully set forth herein.

15. Defendants as sellers of goods, sold those goods with implied warranties under I.C. Section 28-2-314, that those goods were fit for the ordinary purposes for which such goods are used.

16. By supplying Plaintiff with a Grinder that powered on without the Plaintiff activating the "on" switch, the Defendants breached that implied warranty of fitness.

17. The Defendants' breach proximately caused severe injuries to Plaintiff as stated above.

18. As a direct and proximate result of the aforementioned breach of warranty of fitness, Plaintiff suffered serious permanent injuries, medical bills and lost earning capacity, in an amount to be proven at trial. Past medical bills at this date are no less than $8,566.12.

19. Under I.C. Section 28-2-715, the Defendants are liable for all of Plaintiff's incidental and consequential damages, including his injuries proximately resulting from any breach of warranty.

20. As a direct and proximate result of the aforementioned breach of warranty of fitness, Plaintiff has been required to retain the services of BROWNING LAW and is entitled to reasonable

attorney's fees and costs herein.

**WHEREFORE**, Plaintiff, LUIS A. PONS, prays for judgment against the Defendants, and each of them, as follows:

1. For past medical expenses in an amount to be proven at trial, but no less than $8,566.12;
2. For general damages in excess of $10,000.00;
3. For other losses, including loss of income earning capacity, in an amount to be determined at trial;
4. For reasonable attorney's fees and costs as the Court may deem just and proper; and
5. For such other and further relief as the Court deems just, equitable, and proper.

**DATED** this ___4___ day of March, 2020.

                                            **BROWNING LAW**

                                            Allen H. Browning
                                            *Attorney for Plaintiff*

## DEMAND FOR JURY TRIAL

Plaintiff hereby makes demand the issues in the above-entitled matter be tried before a jury of 12 persons, pursuant to Rule 38 of the Idaho Rules of Civil Procedure.

DATED this 4 day of March, 2020.

BROWNING LAW

Allen H. Browning
*Attorney for Plaintiff*

## VERIFICATION

I, LUIS A. PONS, Plaintiff herein, have first-hand knowledge of the truth of the facts stated in this Complaint, and hereby affirm and state that I have read the foregoing VERIFIED COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL, know the contents thereof and believe the same to be true and correct to the best of my knowledge and belief.

Dated this 5 day of March, 2020.

_____
LUIS A. PONS
Plaintiff

SUBSCRIBED AND SWORN to be before me this 5 day of March, 2020, by one bearing the identification of LUIS A. PONS, who attested the facts contained in this Complaint were true and correct, to the best of his knowledge, and known to him first-hand.

_____
Notary Public for Idaho
Residing at: Idaho Falls, ID
My Commission Expires: 02/10/2026