# EXHIBIT B

## Case Information

CV10-20-1507 | Luis Pons Plaintiff, vs. Stanley Black & Decker, Inc., Black & Decker (U.S.) Inc. dba Porter-Cable, Lowe's Home Centers, LLC Defendant.

| Case Number | Court | Judicial Officer |
|---|---|---|
| CV10-20-1507 | Bonneville County District Court | Pickett, Bruce L. |
| File Date | Case Type | Case Status |
| 03/05/2020 | AA- All Initial District Court Filings (Not E, F, and H1) | Active - Pending |

## Party

**Plaintiff**
Pons, Luis A

DOB
XX/XX/1961

Active Attorneys ▾
Lead Attorney
Browning, Allen Harry
Retained

**Defendant**
Stanley Black & Decker, Inc.

Active Attorneys ▾
Lead Attorney
Duke, Keely Elizabeth
Retained

Attorney
Lyon, Aubrey Dean
Retained

**Defendant**
Black & Decker (U.S.) Inc. dba Porter-Cable

Active Attorneys ▾
Lead Attorney
Duke, Keely Elizabeth
Retained

Attorney
Lyon, Aubrey Dean
Retained

---

Defendant
Lowe's Home Centers, LLC

Active Attorneys ▾
Lead Attorney
Duke, Keely Elizabeth
Retained

---

Attorney
Lyon, Aubrey Dean
Retained

---

# Events and Hearings

| 03/05/2020 New Case - District Civil |
| --- |

| 03/05/2020 Civil Case Information Sheet |
| --- |

03/05/2020 Summons Issued ▾

Comment
Stanley Black & Decker, Inc.

03/05/2020 Summons Issued ▾

Comment
Black & Decker (U.S.) Inc. dba Porter-Cable

03/05/2020 Summons Issued ▾

Comment
Lowe's Home Centers, LLC

03/05/2020 Complaint For Personal Injury or Other Claims (Over $10,000)

03/24/2020 Declaration ▾

Comment
of Service Megan Dickson for Black & Decker (U.S.), dba Porter-Cable

03/24/2020 Declaration ▾

Comment
of Service Megan Dickson for Stanley Black & Decker, Inc.

03/24/2020 Declaration ▾

Comment
of Service Megan Dickson for Lowe's Home Centers, LLC

03/31/2020 Answer

03/31/2020 Civil Case Information Sheet

03/31/2020 Notice of Service of Discovery Requests

05/08/2020 Notice of Service of Discovery Requests

05/15/2020 Notice of Service of Discovery Requests

05/15/2020 Answer ▾

Comment
Defendant Lowe's Home Centers, LLC's Answer to Complaint

05/15/2020 Civil Case Information Sheet

05/18/2020 Notice of Hearing

06/04/2020 Status Conference ▾

Judicial Officer
Pickett, Bruce L.

Hearing Time
08:45 AM

Pickett, Bruce L.

Electronically Filed
3/5/2020 1:45 PM
Seventh Judicial District, Bonneville County
Penny Manning, Clerk of the Court
By: Angelica Linares, Deputy Clerk

**Allen H. Browning, ISB #3007**
Steve Carpenter, ISB #9132
David L. Brown, ISB #7430
BROWNING LAW
1615 Grandview Drive
Idaho Falls, ID 83402
Telephone: (208) 542-2700
Facsimile: (208) 542-2711
Email: pi.browning.law@gmail.com
E-filing email: filings.allen.browning.law@gmail.com

*Attorney for Plaintiff*

## IN THE DISTRICT COURT OF THE SEVENTH JUDICIAL DISTRICT OF THE STATE OF IDAHO, IN AND FOR THE COUNTY OF BONNEVILLE

| | |
|---|---|
| LUIS A. PONS,<br><br>  Plaintiff,<br><br>vs.<br><br>STANLEY BLACK & DECKER, INC.,<br>a Connecticut corporation; BLACK &<br>DECKER (U.S.) INC., a Maryland<br>corporation, doing business as PORTER-<br>CABLE; and LOWE'S HOME CENTERS,<br>LLC, a North Carolina corporation;<br><br>  Defendants. | Case No.:  CV10-20-1507<br><br>**SUMMONS** |

**NOTICE: YOU HAVE BEEN SUED BY THE ABOVE-NAMED PLAINTIFF. THE COURT MAY ENTER JUDGMENT AGAINST YOU WITHOUT FURTHER NOTICE UNLESS YOU RESPOND WITHIN 21 DAYS. READ THE INFORMATION BELOW:**

To:   STANLEY BLACK & DECKER, INC.
      c/o Corporation Service Company, Commercial Registered Agent
      12550 W. Explorer Drive, Suite 100
      Boise, ID  83713

      You are hereby notified that in order to defend this lawsuit, an appropriate written response

must be filed with the above designated court within 21 days after service of this Summons on you.

If you fail to so respond the court may enter judgment against you as demanded by the Plaintiff in the *Complaint for Damages and Demand for Jury Trial* (hereinafter "Complaint").

A copy of the Complaint is served with this Summons. If you wish to seek the advice of or representation of an attorney in this matter, you should do so promptly so that your written response, if any, may be filed in time and other legal rights protected.

An appropriate written response requires compliance with Rule 10(a)(1) and other Idaho Rules of Civil Procedure and shall also include:

1.   The title and number of this case.

2.   If your response is an Answer to the Complaint, it must contain admissions or denials of the separate allegations of the Complaint and other defenses you may claim.

3.   Your signature, mailing address and telephone number, or the signature, mailing address and telephone number of your attorney.

4.   Proof of mailing or delivery of a copy of your response to the plaintiff's attorney, as designated above.

To determine whether you must pay a filing fee with your response, contact the Clerk of the above-named court at 605 N. Capital Avenue Idaho Falls, Idaho 83402.

Dated: _____ March 5 _____, 2020.

CLERK OF THE DISTRICT COURT

Penny Manning

BY: _____

DEPUTY CLERK

Pickett, Bruce L.

Electronically Filed
3/5/2020 1:45 PM
Seventh Judicial District, Bonneville County
Penny Manning, Clerk of the Court
By: Angelica Linares, Deputy Clerk

**Allen H. Browning, ISB #3007**
Steve Carpenter, ISB #9132
David L. Brown, ISB #7430
BROWNING LAW
1615 Grandview Drive
Idaho Falls, ID 83402
Telephone: (208) 542-2700
Facsimile: (208) 542-2711
Email: pi.browning.law@gmail.com
E-filing email: filings.allen.browning.law@gmail.com

*Attorney for Plaintiff*

**IN THE DISTRICT COURT OF THE SEVENTH JUDICIAL DISTRICT OF THE
STATE OF IDAHO, IN AND FOR THE COUNTY OF BONNEVILLE**

| | |
|---|---|
| LUIS A. PONS, | Case No.: CV10-20-1507 |
| Plaintiff, | |
| vs. | |
| STANLEY BLACK & DECKER, INC., a Connecticut corporation; BLACK & DECKER (U.S.) INC., a Maryland corporation, doing business as PORTER-CABLE; and LOWE'S HOME CENTERS, LLC, a North Carolina corporation; | **SUMMONS** |
| Defendants. | |

<u>NOTICE: YOU HAVE BEEN SUED BY THE ABOVE-NAMED PLAINTIFF</u>. **THE COURT MAY ENTER JUDGMENT AGAINST YOU WITHOUT FURTHER NOTICE UNLESS YOU RESPOND WITHIN 21 DAYS. <u>READ THE INFORMATION BELOW</u>:**

To:   BLACK & DECKER (U.S.) INC. dba PORTER-CABLE
      c/o Corporation Service Company, Commercial Registered Agent
      12550 W. Explorer Drive, Suite 100
      Boise, ID 83713

       You are hereby notified that in order to defend this lawsuit, an appropriate written response

must be filed with the above designated court within 21 days after service of this Summons on you.

If you fail to so respond the court may enter judgment against you as demanded by the Plaintiff in the *Complaint for Damages and Demand for Jury Trial* (hereinafter "Complaint").

A copy of the Complaint is served with this Summons. If you wish to seek the advice of or representation of an attorney in this matter, you should do so promptly so that your written response, if any, may be filed in time and other legal rights protected.

An appropriate written response requires compliance with Rule 10(a)(1) and other Idaho Rules of Civil Procedure and shall also include:

1.     The title and number of this case.

2.     If your response is an Answer to the Complaint, it must contain admissions or denials of the separate allegations of the Complaint and other defenses you may claim.

3.     Your signature, mailing address and telephone number, or the signature, mailing address and telephone number of your attorney.

4.     Proof of mailing or delivery of a copy of your response to the plaintiff's attorney, as designated above.

To determine whether you must pay a filing fee with your response, contact the Clerk of the above-named court at 605 N. Capital Avenue Idaho Falls, Idaho 83402.

Dated: _____ March 5, , 2020.

CLERK OF THE DISTRICT COURT

Penny Manning

BY: _____

DEPUTY CLERK

Pickett, Bruce L.

Electronically Filed
3/5/2020 1:45 PM
Seventh Judicial District, Bonneville County
Penny Manning, Clerk of the Court
By: Angelica Linares, Deputy Clerk

**Allen H. Browning, ISB #3007**
Steve Carpenter, ISB #9132
David L. Brown, ISB #7430
BROWNING LAW
1615 Grandview Drive
Idaho Falls, ID 83402
Telephone: (208) 542-2700
Facsimile: (208) 542-2711
Email: pi.browning.law@gmail.com
E-filing email: filings.allen.browning.law@gmail.com

*Attorney for Plaintiff*

## IN THE DISTRICT COURT OF THE SEVENTH JUDICIAL DISTRICT OF THE STATE OF IDAHO, IN AND FOR THE COUNTY OF BONNEVILLE

| | |
|---|---|
| LUIS A. PONS, | Case No.: CV10-20-1507 |
| Plaintiff, | |
| vs. | SUMMONS |
| STANLEY BLACK & DECKER, INC., a Connecticut corporation; BLACK & DECKER (U.S.) INC., a Maryland corporation, doing business as PORTER-CABLE; and LOWE'S HOME CENTERS, LLC, a North Carolina corporation; | |
| Defendants. | |

**NOTICE: YOU HAVE BEEN SUED BY THE ABOVE-NAMED PLAINTIFF. THE COURT MAY ENTER JUDGMENT AGAINST YOU WITHOUT FURTHER NOTICE UNLESS YOU RESPOND WITHIN 21 DAYS. READ THE INFORMATION BELOW:**

To:  LOWE'S HOME CENTERS, LLC
     c/o Corporation Service Company, Commercial Registered Agent
     12550 W. Explorer Drive, Suite 100
     Boise, ID 83713

You are hereby notified that in order to defend this lawsuit, an appropriate written response

must be filed with the above designated court within 21 days after service of this Summons on you.

---

SUMMONS – Black & Decker (U.S.) Inc. dba Porter-Cable                                    Page 1

If you fail to so respond the court may enter judgment against you as demanded by the Plaintiff in the *Complaint for Damages and Demand for Jury Trial* (hereinafter "Complaint").

A copy of the Complaint is served with this Summons. If you wish to seek the advice of or representation of an attorney in this matter, you should do so promptly so that your written response, if any, may be filed in time and other legal rights protected.

An appropriate written response requires compliance with Rule 10(a)(1) and other Idaho Rules of Civil Procedure and shall also include:

1.    The title and number of this case.

2.    If your response is an Answer to the Complaint, it must contain admissions or denials of the separate allegations of the Complaint and other defenses you may claim.

3.    Your signature, mailing address and telephone number, or the signature, mailing address and telephone number of your attorney.

4.    Proof of mailing or delivery of a copy of your response to the plaintiff's attorney, as designated above.

To determine whether you must pay a filing fee with your response, contact the Clerk of the above-named court at 605 N. Capital Avenue Idaho Falls, Idaho 83402.

Dated: _____ March 5 _____, 2020.

CLERK OF THE DISTRICT COURT

Penny Manning

BY: _____

DEPUTY CLERK

---

SUMMONS – Black & Decker (U.S.) Inc. dba Porter-Cable                                        Page 2

Electronically Filed
3/24/2020 12:12 PM
Seventh Judicial District, Bonneville County
Penny Manning, Clerk of the Court
By: John Frey, Deputy Clerk

# IN THE DISTRICT COURT OF THE SEVENTH JUDICIAL DISTRICT OF THE STATE OF IDAHO, IN AND FOR THE COUNTY OF BONNEVILLE

LUIS A. PONS,

    Plaintiff(s),

vs.

STANLEY BLACK & DECKER, INC., et al.,

    Defendant(s).

**DECLARATION OF SERVICE**
**Case Number: CV10-20-1507**



COMES NOW, ___Antonio Roque___, being first duly sworn upon oath, and hereby deposes and says: that I am over the age of eighteen (18) years, I am not a party to this action and am not related to any of the parties in the above entitled action, I received a true copy of the **Summons; Verified Complaint for Damages and Demand for Jury Trial**, and delivered the same upon **Black & Decker (U.S.), dba Porter-Cable**, by delivering to and leaving with:

**(Name)** ___Megan Dickson___ **(Title)** ___of Corporation service Company___
a person authorized to accept service for Black & Decker (U.S.), dba Porter-Cable.

**At: (Address)** ___12550 W. Explorer Dr. Ste. 100___

**(City, State)** ___Boise, ID___, **(Zip Code)** ___83713___

**On(Date)** ___03 / 10 / 20___ **At (Time):** ___1:12 PM___

I declare under penalty of perjury pursuant to the laws of the State of Idaho that the foregoing is true and correct.

Date: ___3/13/20___

X _____
**Affiant**

**Bulldog Legal Support, Inc.**
**P.O. Box 176**
**Blackfoot, ID 83221-0176**
**208-782-3530**
**Our Job # 24956**

Electronically Filed
3/24/2020 12:12 PM
Seventh Judicial District, Bonneville County
Penny Manning, Clerk of the Court
By: John Frey, Deputy Clerk

# IN THE DISTRICT COURT OF THE SEVENTH JUDICIAL DISTRICT OF THE STATE OF IDAHO, IN AND FOR THE COUNTY OF BONNEVILLE

LUIS A. PONS,

    Plaintiff(s),

vs.

STANLEY BLACK & DECKER, INC., et al.,

    Defendant(s).

**DECLARATION OF SERVICE**
**Case Number: CV10-20-1507**



COMES NOW, _Antonio Roque_, being first duly sworn upon oath, and hereby deposes and says: that I am over the age of eighteen (18) years, I am not a party to this action and am not related to any of the parties in the above entitled action, I received a true copy of the **Summons; Verified Complaint for Damages and Demand for Jury Trial**, and delivered the same upon **Lowe's Home Centers, LLC,** by delivering to and leaving with:

**(Name)** _Megan Dickson_ **(Title)** _of Corporation Service Company_ a person authorized to accept service for Lowe's Home Centers, LLC.

At: (Address) _12550 W. Explorer Dr. Ste. 100_

(City, State) _Boise Idaho_, (Zip Code) _83713_

On (Date): _03/10/20_ At (Time): _1:12 pm_

I declare under penalty of perjury pursuant to the laws of the State of Idaho that the foregoing is true and correct.

Date: _3/13/20_

X _____
**Affiant**

**Bulldog Legal Support, Inc.**
**P.O. Box 176**
**Blackfoot, ID 83221-0176**
**208-782-3530**
**Our Job # 24958**

Electronically Filed
3/31/2020 2:34 PM
Seventh Judicial District, Bonneville County
Penny Manning, Clerk of the Court
By: John Frey, Deputy Clerk

Keely E. Duke
ISB #6044; ked@dukescanlan.com
Aubrey D. Lyon
ISB #8380; adl@dukescanlan.com
DUKE SCANLAN & HALL, PLLC
1087 W. River Street, Suite 300
P.O. Box 7387
Boise, Idaho 83707
Telephone (208) 342-3310
Facsimile (208) 342-3299

*Attorneys for Defendants Stanley Black & Decker, Inc. and*
*Black & Decker, Inc. dba Porter-Cable*

IN THE DISTRICT COURT OF THE SEVENTH JUDICIAL DISTRICT OF THE

STATE OF IDAHO, IN AND FOR THE COUNTY OF BONNEVILLE

| | |
|---|---|
| LUIS A. PONS,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>STANLEY BLACK & DECKER, INC., a Connecticut corporation; BLACK & DECKER (U.S.) Inc., a Maryland corporation, doing business as PORTER-CABLE; and LOWE'S HOME CENTERS, LLC, a North Carolina corporation,<br><br>　　　　　Defendants. | Case No.  CV10-20-1507<br><br><br>**STANLEY BLACK & DECKER, INC.'S AND BLACK & DECKER (U.S.) INC.'S ANSWER TO VERIFIED COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL** |

COME NOW Defendants Stanley Black & Decker, Inc. and Black & Decker (U.S.) Inc.,

(collectively "Black & Decker"), by and through their counsel of record, Duke Scanlan & Hall,

PLLC, and respond to Plaintiff's Verified Complaint and Demand for Jury Trial ("Complaint") as

follows:

**STANLEY BLACK & DECKER, INC.'S AND BLACK & DECKER (U.S.) INC.'S ANSWER TO VERIFIED COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL - 1**

## FIRST DEFENSE

Plaintiff's Complaint, and each and every allegation therein, fails to state a claim against Black & Decker upon which relief can be granted and, as such, should be dismissed.

## SECOND DEFENSE

Black & Decker denies each and every allegation of Plaintiff's Complaint, including Plaintiff's characterizations, except those specifically admitted herein, for either lack of information or knowledge sufficient to form a belief or because the allegation is untrue.

## THIRD DEFENSE

Black & Decker admits only as follows:

1.      With respect to paragraphs 2 and 3, Black & Decker admits only that Stanley Black & Decker, Inc. and Black & Decker (U.S.) Inc. are foreign corporations registered to conduct business in the State of Idaho.

2.      With respect to paragraph 5, Black & Decker admits only that Black & Decker (U.S.) Inc. sells Porter-Cable brand 7.5 Amp Small Angle Grinders with model number PC750AG.

## FOURTH DEFENSE

Plaintiff's damages, if any, are barred in whole or in part by Plaintiff's failure to mitigate damages.

## FIFTH DEFENSE

The acts or omissions of Plaintiff or persons or entities other than Black & Decker constitute comparative negligence, which bars or reduces Plaintiff's recovery against Black & Decker, if any, pursuant to Idaho Code section 6-801 and other applicable law.

## SIXTH DEFENSE

No act or omission of Black & Decker caused any damage to Plaintiff.

### SEVENTH DEFENSE

Plaintiff's alleged damages, if any, were caused, in whole or in part, by superseding or intervening causes for which Black & Decker are not responsible.

### EIGHTH DEFENSE

Plaintiff's claims are limited by applicable Idaho statutes including but not limited to Idaho Code sections 6-1603 and 6-1606.

### NINTH DEFENSE

Plaintiff's damages, if any, were not caused or proximately caused by any alleged act or breach of duty by Black & Decker and/or were otherwise caused by Plaintiff's own negligence, fault, or wrongful conduct.

### TENTH DEFENSE

Black & Decker is not a seller, as that term is defined in Idaho's version of the Uniform Commercial Code, with respect to Plaintiff, and accordingly Black & Decker is not subject to the implied warranty created by Idaho Code section 28-2-314.

### ELEVENTH DEFENSE

Plaintiff does not have an implied warranty claim as to Black & Decker because Plaintiff and Black & Decker lack privity.

### TWELFTH DEFENSE

Plaintiff's Complaint fails to comply with Idaho Code section 6-1408.

### THIRTEENTH DEFENSE

The alleged Black & Decker product at issue in this lawsuit did not possess any design defect or manufacturing defect and was not otherwise in a defective, unsafe, or unreasonably dangerous condition in any respect at the time the product left Black & Decker's possession.

**STANLEY BLACK & DECKER, INC.'S AND BLACK & DECKER (U.S.) INC.'S ANSWER TO VERIFIED COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL - 3**

## FOURTEENTH DEFENSE

The improper use, handling, alteration, modification, care, repair and/or maintenance, of the product at issue in this case or its component parts by persons, entities, and/or parties over whom Black & Decker did not actually control or retain the right to control and for whom Black & Decker is not legally responsible, caused the alleged harm, if any.

## FIFTEENTH DEFENSE

Plaintiffs' alleged injuries and damages are barred due to, and were caused by, abuse, misuse, or improper, unforeseeable or unintended use of the product at issue in this case.

## SIXTEENTH DEFENSE

Black & Decker had no control over the maintenance, handling, or use of its alleged product by Plaintiff. If any unsafe condition existed in the product at issue in this case at the time of the incident made the basis of this lawsuit, then such defect or deficiency did not relate to the original design, manufacture, or sale of the product, or of any problems undertaken by Black & Decker, but on the contrary, the result is of other acts or omissions on the part of others for whom Black & Decker is not responsible, including negligent or faulty maintenance, handling, use, or alteration.

## SEVENTEENTH DEFENSE

The product at issue in this case was marketed with adequate warnings and instructions for its safe use.

## EIGHTEENTH DEFENSE

Any alleged design defect or manufacturing defect in the product at issue in this case was not a producing, proximate, and/or contributing cause of the occurrence made the basis of this lawsuit and/or Plaintiff's alleged damages, if any.

## NINETEENTH DEFENSE

Black & Decker further pleads all defenses provided by Idaho Code, Title 6, Chapter 14, including, but not limited to, those defenses provided in Idaho Code §§ 6-1405(1)(b), (1)(c), (2)(a), (2)(b), (3)(b), and 4(b).

## TWENTIETH DEFENSE

Stanley Black & Decker, Inc. is improperly sued because it does not manufacture, design, distribute, or sell Porter-Cable branded products.

## RESERVATION OF DEFENSES

Black & Decker, by virtue of pleading the defenses above, does not admit that the aforementioned defenses are affirmative defenses within the meaning of applicable law, and does not thereby assume a burden of proof or production not otherwise imposed upon them as a matter of law.  In addition, in asserting any of the above defenses, Black & Decker does not admit any fault, responsibility, liability or damage but, to the contrary, expressly denies the same.  Discovery has not commenced, the results of which may disclose the existence of facts supporting further and additional defenses.  Black & Decker, therefore, reserves the right to seek leave of this Court to amend this Answer as he deems appropriate.

## DEMAND FOR JURY TRIAL

Pursuant to Idaho Rule of Civil Procedure 38(b), Black & Decker hereby demands a trial by jury of not less than twelve persons on all issues so triable.

## REQUEST FOR ATTORNEYS' FEES

Black & Decker has been required to retain the services of counsel and is entitled to recover its reasonable attorneys' fees and costs incurred in the defense of this matter pursuant to Idaho Code section 12-121 and Idaho Rule of Civil Procedure 54.

## PRAYER FOR RELIEF

WHEREFORE, Black & Decker prays for judgment as follows:

1.      That Plaintiff take nothing against Black & Decker by way of the Complaint and

that the Complaint be dismissed with prejudice;

2.      That Black & Decker be awarded all costs and reasonable attorneys' fees incurred

in the defense of this action; and

3.      For such other and further relief as this Court may deem just and proper.

Dated this 31st day of March, 2020.

DUKE SCANLAN & HALL, PLLC


By /s/Keely E. Duke_____
       Keely E. Duke – Of the Firm
       Aubrey D. Lyon – Of the Firm
       *Attorney for Stanley Black & Decker, Inc. and*
       *Black & Decker (U.S.) Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 31, 2020, I electronically filed the foregoing document using the iCourt E-File system, which sent a Notice of Electronic Filing to the following persons:

| | |
|---|---|
| Allen H. Browning | ☐ U.S. Mail, Postage Prepaid |
| Steve Carpenter | ☐ Hand Delivered |
| David L. Brown | ☐ Facsimile (208) 542-2711 |
| BROWING LAW | ☒ iCourt/Email |
| 1615 Grandview Drive | pi.browning.law@gmail.com; |
| Idaho Falls, ID 83402 | filings.allen.browning.law@gmail.com |
| *Attorneys for Plaintiff* | |

/s/  Keely E. Duke
Keely E. Duke
Aubrey D. Lyon

Electronically Filed
3/31/2020 2:34 PM
Seventh Judicial District, Bonneville County
Penny Manning, Clerk of the Court
By: John Frey, Deputy Clerk

Keely E. Duke
ISB #6044; ked@dukescanlan.com
Aubrey D. Lyon
ISB #8380; adl@dukescanlan.com
DUKE SCANLAN & HALL, PLLC
1087 W. River Street, Suite 300
P.O. Box 7387
Boise, Idaho 83707
Telephone (208) 342-3310
Facsimile (208) 342-3299

*Attorneys for Defendants Stanley Black & Decker, Inc. and*
*Black & Decker, Inc. dba Porter-Cable*

IN THE DISTRICT COURT OF THE SEVENTH JUDICIAL DISTRICT OF THE

STATE OF IDAHO, IN AND FOR THE COUNTY OF BONNEVILLE

| | |
|---|---|
| LUIS A. PONS,<br><br>              Plaintiff,<br><br>vs.<br><br>STANLEY BLACK & DECKER, INC., a<br>Connecticut corporation; BLACK & DECKER (U.S.)<br>Inc., a Maryland corporation, doing business as<br>PORTER-CABLE; and LOWE'S HOME CENTERS,<br>LLC, a North Carolina corporation,<br><br>              Defendants. | Case No.  CV10-20-1507<br><br>**NOTICE OF SERVICE** |

NOTICE IS HEREBY GIVEN that on the 31st day of March, 2020, I served a copy of

**DEFENDANTS STANLEY BLACK & DECKER, INC.'s AND BLACK & DECKER**

**(U.S.) INC.'S FIRST SET OF INTERROGATORIES, REQUESTS FOR PRODUCTION**

**OF DOCUMENTS, AND REQUESTS FOR ADMISSION TO PLAINTIFF** along with a

copy of this **NOTICE**, by using the iCourt system which gave notice as indicated below and

**NOTICE OF SERVICE - 1**

addressed to the following:

| | |
|---|---|
| Allen H. Browning | ☐ U.S. Mail, Postage Prepaid |
| Steve Carpenter | ☐ Hand Delivered |
| David L. Brown | ☐ Facsimile (208) 542-2711 |
| BROWING LAW | ☒ iCourt/Email |
| 1615 Grandview Drive | pi.browning.law@gmail.com; |
| Idaho Falls, ID 83402 | filings.allen.browning.law@gmail.com |
| *Attorneys for Plaintiff* | |

Dated this 31st day of March, 2020.

DUKE SCANLAN & HALL, PLLC


By /s/Keely E. Duke
   Keely E. Duke – Of the Firm
   Aubrey D. Lyon – Of the Firm
   *Attorney for Defendants Stanley Black &*
   *Decker, Inc. and Black & Decker (U.S.) Inc.*
   *dba Porter-Cable*

**NOTICE OF SERVICE - 2**

**Allen H. Browning, ISB#3007**
Steve Carpenter, ISB#9132
David L. Brown, ISB#7430
BROWNING LAW
1615 Grandview Drive
Idaho Falls, Idaho 83402
Telephone: (208) 542-2700
Facsimile: (208) 542-2711
Email: pi.browning.law@gmail.com
Efilings Email: filings.allen.browning.law@gmail.com

*Attorneys for Plaintiff*

## IN THE DISTRICT COURT OF THE SEVENTH JUDICIAL DISTRICT OF THE STATE OF IDAHO, IN AND FOR THE COUNTY OF BONNEVILLE

| | |
|---|---|
| LUIS A. PONS, <br><br>      Plaintiff, <br><br> vs. <br><br> STANLEY BLACK & DECKER, INC., a Connecticut corporation; BLACK & DECKER (U.S.) INC., a Maryland corporation, doing business as PORTER-CABLE; and LOWE'S HOME CENTERS, LLC, a North Carolina corporation, <br>      Defendants. | Case No.: CV10-20-1507 <br><br><br> **NOTICE OF SERVICE** |

PLEASE TAKE NOTICE that on this 8th day of May, 2020, Plaintiff served a true and correct copy of the *Plaintiff's Answer to Defendants Stanley Black & Decker, Inc.'s and Black & Decker (U.S.) Inc.'s First Set of Requests for Admission to Plaintiff* upon the following parties as indicated:

Keely E. Duke (ked@dukescanlan.com)          [X] e-file
Aubrey D. Lyon (adl@dukescanlan.com)          [X] e-file
DUKE SCANLAN & HALL, PLLC

---

Plaintiff's Notice of Service                                                                 Page 1

**DATED** this 8th day of May, 2020.

**BROWNING LAW**

_/s/ Allen H. Browning_

Allen H. Browning
BROWNING LAW
_Attorney for Plaintiff_

## CERTIFICATE OF SERVICE

I hereby certify that I served a true and correct copy of the foregoing document upon the

following this 8th day of May, 2020, by the method indicated below:

Keely E. Duke
DUKE SCANLAN & HALL, PLLC.
1087 w. River Street, Suite 300
P.O. Box 7387
Boise, ID  83707
Telephone: (208) 342-3310
Email:  ked@dukescanlan.com

   ___ US MAIL
   ___ FAX
   ___ HAND DELIVERY
   ___ COURTHOUSE BOX
   _x_ ICOURT/EFILE

Aubrey D. Lyon
DUKE SCANLAN & HALL, PLLC.
1087 w. River Street, Suite 300
P.O. Box 7387
Boise, ID  83707
Telephone: (208) 342-3310
Email:  ked@dukescanlan.com

   ___ US MAIL
   ___ FAX
   ___ HAND DELIVERY
   ___ COURTHOUSE BOX
   _x_ ICOURT/EFILE

*Ericka Elg*
Ericka Elg, Legal Assistant

Electronically Filed
5/15/2020 10:08 AM
Seventh Judicial District, Bonneville County
Penny Manning, Clerk of the Court
By: Joseph Lugo, Deputy Clerk

**Allen H. Browning, ISB#3007**
Steve Carpenter, ISB#9132
David L. Brown, ISB#7430
BROWNING LAW
1615 Grandview Drive
Idaho Falls, Idaho 83402
Telephone: (208) 542-2700
Facsimile: (208) 542-2711
Email:  pi.browning.law@gmail.com
Efilings Email:  filings.allen.browning.law@gmail.com

*Attorneys for Plaintiff*

**IN THE DISTRICT COURT OF THE SEVENTH JUDICIAL DISTRICT OF THE STATE OF IDAHO, IN AND FOR THE COUNTY OF BONNEVILLE**

| | |
|---|---|
| LUIS A. PONS, | Case No.: CV10-20-1507 |
| Plaintiff, | |
| vs. | **NOTICE OF SERVICE** |
| STANLEY BLACK & DECKER, INC., a Connecticut corporation; BLACK & DECKER (U.S.) INC., a Maryland corporation, doing business as PORTER-CABLE; and LOWE'S HOME CENTERS, LLC, a North Carolina corporation, | |
| Defendants. | |

PLEASE TAKE NOTICE that on this 15th day of May, 2020, Plaintiff served a true and correct copy of the *Plaintiff's Answer to Defendant's First Set of Interrogatories and Request for Production of Documents to Plaintiff* upon the following parties as indicated:

Keely E. Duke (ked@dukescanlan.com          [X] e-file
DUKE SCANLAN & HALL, PLLC.

**DATED** this 15th day of May, 2020.          **BROWNING LAW**

\_\_*/s/ Allen H. Browning*_____
Allen H. Browning
*Attorney for Plaintiff*

Plaintiff's Notice of Service                                                            Page 1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I served a true and correct copy of the foregoing document upon the

following this 15th day of May, 2020, by the method indicated below:

Keely E. Duke ISB #6044     ___ US MAIL
DUKE SNALAN & HALL, PLLC.   ___ FAX
1087 W. River Street, Suite 300    ___ HAND DELIVERY
P.O. Box 7387        ___ COURTHOUSE BOX
Boise, Idaho 83707       _X_ ICOURT/EFILE
Telephone: (208) 342-3310
Email:  ked@dukescanlan.com


_____
Ericka Elg, Legal Assistant

Electronically Filed
5/15/2020 4:39 PM
Seventh Judicial District, Bonneville County
Penny Manning, Clerk of the Court
By: Melissa Huston, Deputy Clerk

Keely E. Duke
ISB #6044; ked@dukescanlan.com
Aubrey D. Lyon
ISB #8380; adl@dukescanlan.com
DUKE SCANLAN & HALL, PLLC
1087 W. River Street, Suite 300
P.O. Box 7387
Boise, Idaho 83707
Telephone (208) 342-3310
Facsimile (208) 342-3299

*Attorneys for Defendants*


IN THE DISTRICT COURT OF THE SEVENTH JUDICIAL DISTRICT OF THE

STATE OF IDAHO, IN AND FOR THE COUNTY OF BONNEVILLE

| | |
|---|---|
| LUIS A. PONS,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>STANLEY BLACK & DECKER, INC., a Connecticut corporation; BLACK & DECKER (U.S.) Inc., a Maryland corporation, doing business as PORTER-CABLE; and LOWE'S HOME CENTERS, LLC, a North Carolina corporation,<br><br>　　　　　Defendants. | Case No.  CV10-20-1507<br><br><br>**DEFENDANT LOWE'S HOME CENTERS, LLC'S ANSWER TO PLAINTIFF'S VERIFIED COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL** |

COMES NOW Defendant Lowe's Home Centers, LLC ("Lowe's"), by and through its

counsel of record, Duke Scanlan & Hall, PLLC, and responds to Plaintiff's Verified Complaint

and Demand for Jury Trial ("Complaint") as follows:

**DEFENDANT LOWE'S HOME CENTERS, LLC'S ANSWER TO PLAINTIFF'S VERIFIED COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL - 1**

## FIRST DEFENSE

Plaintiff's Complaint, and each and every allegation therein, fails to state a claim against Lowe's upon which relief can be granted and, as such, should be dismissed.

## SECOND DEFENSE

Lowe's denies each and every allegation of Plaintiff's Complaint, including Plaintiff's characterizations, except those specifically admitted herein, for either lack of information or knowledge sufficient to form a belief or because the allegation is untrue.

## THIRD DEFENSE

Lowe's admits only as follows:

1.      With respect to paragraph 4, Lowe's admits only that at all times alleged in the Complaint Lowe's did business in Idaho Falls, Idaho.

2.      With respect to paragraph 6, Lowe's admits only that in or about April 22, 2018, certain Lowe's stores sold Porter-Cable brand 7.5 Amp Small Angle Grinders with model number PC750AG.

## FOURTH DEFENSE

Plaintiff's damages, if any, are barred in whole or in part by Plaintiff's failure to mitigate damages.

## FIFTH DEFENSE

The acts or omissions of Plaintiff or persons or entities other than Lowe's constitute comparative negligence, which bars or reduces Plaintiff's recovery against Lowe's, if any, pursuant to Idaho Code section 6-801 and other applicable law.

## SIXTH DEFENSE

No act or omission of Lowe's caused any damage to Plaintiff.

## SEVENTH DEFENSE

Plaintiff's alleged damages, if any, were caused, in whole or in part, by superseding or intervening causes for which Lowe's are not responsible.

## EIGHTH DEFENSE

Plaintiff's claims are limited by applicable Idaho statutes including but not limited to Idaho Code sections 6-1603 and 6-1606.

## NINTH DEFENSE

Plaintiff's damages, if any, were not caused or proximately caused by any alleged act or breach of duty by Lowe's and/or were otherwise caused by Plaintiff's own negligence, fault, or wrongful conduct.

## TENTH DEFENSE

Lowe's denies that it violated the implied warranty created by Idaho Code section 28-2-314.

## ELEVENTH DEFENSE

Plaintiff's Complaint fails to comply with Idaho Code section 6-1408.

## TWELFTH DEFENSE

The alleged product at issue in this lawsuit did not possess any design defect or manufacturing defect and was not otherwise in a defective, unsafe, or unreasonably dangerous condition in any respect at the time the product left Lowe's possession.

## THIRTEENTH DEFENSE

The improper use, handling, alteration, modification, care, repair and/or maintenance, of the product at issue in this case or its component parts by persons, entities, and/or parties over

whom Lowe's did not actually control or retain the right to control and for whom Lowe's is not legally responsible, caused the alleged harm, if any.

## FOURTEENTH DEFENSE

Plaintiff's alleged injuries and damages are barred due to, and were caused by, abuse, misuse, or improper, unforeseeable or unintended use of the product at issue in this case.

## FIFTEENTH DEFENSE

Lowe's had no control over the maintenance, handling, or use of its alleged product by Plaintiff. If any unsafe condition existed in the product at issue in this case at the time of the incident made the basis of this lawsuit, then such defect or deficiency did not relate to the original design, manufacture, or sale of the product, or of any problems undertaken by Lowe's, but on the contrary, the result is of other acts or omissions on the part of others for whom Lowe's is not responsible, including negligent or faulty maintenance, handling, use, or alteration.

## SIXTEENTH DEFENSE

The product at issue in this case was marketed with adequate warnings and instructions for its safe use.

## SEVENTEENTH DEFENSE

Any alleged design defect or manufacturing defect in the product at issue in this case was not a producing, proximate, and/or contributing cause of the occurrence made the basis of this lawsuit and/or Plaintiff's alleged damages, if any.

## EIGHTEENTH DEFENSE

Lowe's further pleads all defenses provided by Idaho Code, Title 6, Chapter 14, including, but not limited to, those defenses provided in Idaho Code sections 6-1405(1)(b), (1)(c), (2)(a), (2)(b), (3)(b), and 4(b) and Idaho Code section 6-1407 ("sealed container" defense).

## **RESERVATION OF DEFENSES**

Lowe's, by virtue of pleading the defenses above, does not admit that the aforementioned defenses are affirmative defenses within the meaning of applicable law, and does not thereby assume a burden of proof or production not otherwise imposed upon them as a matter of law.  In addition, in asserting any of the above defenses, Lowe's does not admit any fault, responsibility, liability or damage but, to the contrary, expressly denies the same.  Discovery has not commenced, the results of which may disclose the existence of facts supporting further and additional defenses. Lowe's, therefore, reserves the right to seek leave of this Court to amend this Answer as he deems appropriate.

## **DEMAND FOR JURY TRIAL**

Pursuant to Idaho Rule of Civil Procedure 38(b), Lowe's hereby demands a trial by jury of not less than twelve persons on all issues so triable.

## **REQUEST FOR ATTORNEYS' FEES**

Lowe's has been required to retain the services of counsel and is entitled to recover its reasonable attorneys' fees and costs incurred in the defense of this matter pursuant to Idaho Code section 12-121 and Idaho Rule of Civil Procedure 54.

## PRAYER FOR RELIEF

WHEREFORE, Lowe's prays for judgment as follows:

1.      That Plaintiff take nothing against Lowe's by way of the Complaint and that the Complaint be dismissed with prejudice;

2.      That Lowe's be awarded all costs and reasonable attorneys' fees incurred in the defense of this action; and

3.      For such other and further relief as this Court may deem just and proper.

Dated this 15ᵗʰ day of May, 2020.

DUKE SCANLAN & HALL, PLLC


By /s/Keely E. Duke
     Keely E. Duke – Of the Firm
     Aubrey D. Lyon – Of the Firm
     *Attorney for Defendants*


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 15, 2020, I electronically filed the foregoing document using the iCourt E-File system, which sent a Notice of Electronic Filing to the following persons:

| | |
|---|---|
| Allen H. Browning | ☐ U.S. Mail, Postage Prepaid |
| Steve Carpenter | ☐ Hand Delivered |
| David L. Brown | ☐ Facsimile (208) 542-2711 |
| BROWING LAW | ☒ iCourt/Email |
| 1615 Grandview Drive | pi.browning.law@gmail.com; |
| Idaho Falls, ID 83402 | filings.allen.browning.law@gmail.com |
| *Attorneys for Plaintiff* | |


/s/  Keely E. Duke
Keely E. Duke
Aubrey D. Lyon

**DEFENDANT LOWE'S HOME CENTERS, LLC'S ANSWER TO PLAINTIFF'S VERIFIED COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL - 6**

**Filed:** 05/18/2020 at 11:58 AM.
Seventh Judicial District, Bonneville County
Penny Manning, Clerk of the Court
By: *Amanda Barnes*  Deputy Clerk

IN THE DISTRICT COURT OF THE SEVENTH JUDICIAL DISTRICT OF
THE STATE OF IDAHO, IN AND FOR THE COUNTY OF BONNEVILLE

| | |
|---|---|
| Luis Pons<br>    Plaintiff,<br>vs.<br>Stanley Black & Decker, Inc., Black &<br>Decker (U.S.) Inc. dba Porter-Cable,<br>Lowe's Home Centers, LLC<br>    Defendant. | Case No. CV10-20-1507<br><br>Notice of Status Conference |

**NOTICE IS GIVEN** That the above-entitled case is set for:

| **Hearing Type** | **Date** | **Time** | **Judge** |
|---|---|---|---|
| **Status Conference** | **06/04/2020** | **8:45 AM** | **Bruce L. Pickett** |

at the: Bonneville County Courthouse, 605 North Capital Ave, Idaho Falls, ID  83402.

Penny Manning
Clerk of the Court

Dated: 05/18/2020                       By: *Amanda Barnes*

Deputy Clerk

### CERTIFICATE OF SERVICE

I certify that on this date I served a copy of the attached to:

| | | |
|---|---|---|
| Allen Harry Browning | filings.allen.browning.law@gmail.com | [X] By E-mail |
| Keely Elizabeth Duke | sls@dukescanlan.com | [X] By E-mail |
| Aubrey Dean Lyon | adl@dukescanlan.com | [X] By E-mail |

Penny Manning
Clerk of the Court

Dated: 05/18/2020                       By: *Amanda Barnes*

Deputy Clerk