# EXHIBIT D

**Allen H. Browning, ISB #3007**
Steve Carpenter, ISB #9132
David L. Brown, ISB #7430
BROWNING LAW
1615 Grandview Drive
Idaho Falls, ID 83402
Telephone: (208) 542-2700
Facsimile: (208) 542-2711
Email: pi.browning.law@gmail.com
E-filing email: filings.allen.browning.law@gmail.com

*Attorney for Plaintiff*

# IN THE DISTRICT COURT OF THE SEVENTH JUDICIAL DISTRICT OF THE STATE OF IDAHO, IN AND FOR THE COUNTY OF BONNEVILLE

| | |
|---|---|
| LUIS A. PONS,<br><br>    Plaintiff,<br><br>vs.<br><br>STANLEY BLACK & DECKER, INC., a Connecticut corporation; BLACK & DECKER (U.S.) INC., a Maryland corporation, doing business as PORTER-CABLE; and LOWE'S HOME CENTERS, LLC, a North Carolina corporation,<br>    Defendants. | Case No.: CV10-20-1507<br><br>**PLAINTIFF'S ANSWER TO DEFENDANTS STANLEY BLACK & DECKER, INC.'s AND BLACK & DECKER (U.S.) INC.'S FIRST SET OF REQUESTS FOR ADMISSION TO PLAINTIFF** |

**COMES NOW**, the above-named Plaintiff, LUIS A. PONS, by and through his counsel, Allen H. Browning, and provides *Plaintiff's Answer to Defendants Stanley Black & Decker, Inc.'s and Blank & Decker (U.S.) Inc.'s First Set of Interrogatories, Requests for Production of Documents, and Requests for Admission to Plaintiff* as follows:

## REQUESTS FOR ADMISSION

**REQUEST FOR ADMISSION NO. 1:** : Admit that your claim for any and all damages, including both economic and non-economic damages and including all past, current, and future damages, is for an amount less than $75,000.

**RESPONSE TO REQUEST FOR ADMISSION NO. 1:** Deny.

**REQUEST FOR ADMISSION NO. 2:** Admit that the amount of all damages you will seek at the trial of this matter, including both economic and non-economic damages and including all past, current, and future damages, is for an amount less than $75,000.

**RESPONSE TO REQUEST FOR ADMISSION NO. 2:** Deny.

**REQUEST FOR ADMISSION NO. 3:** Admit that you did not enter into a contract with Stanley Black & Decker, Inc. related to the Grinder.

**RESPONSE TO REQUEST FOR ADMISSION NO. 3:** Deny.

**REQUEST FOR ADMISSION NO. 4:** Admit that you did not enter into a contract with Black & Decker (U.S.) Inc. related to the Grinder.

**RESPONSE TO REQUEST FOR ADMISSION NO. 4:** Deny.

DATED this 8th day of May, 2020.

BROWNING LAW

/s/Allen H. Browning
Allen H. Browning
*Attorney for Plaintiff*